UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK J. MEYER,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>Defendant - Appellee. | No. 05-15317<br>D.C. No. CV-04-00524-HG<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 03/29/06

A TRUE COPY 6/7/06
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
Deputy Clerk
This certification does constitute the mandate of the court.