**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 29 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK J. MEYER,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant - Appellee. | No. 05-15317<br><br>D.C. No. CV-04-00524-HG<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submitted March 8, 2006**

Before:　CANBY, BEEZER, and KOZINSKI, Circuit Judges.

Mark J. Meyer appeals pro se from the district court's judgment dismissing his action seeking a declaratory judgment in connection with the Internal Revenue Service's collection of federal income taxes and penalties for tax years 1996-1999.

---

　　* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

　　** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Montes v. United States*, 37 F.3d 1347, 1351 (9th Cir. 1994), and we affirm.

The district court properly concluded that it lacked subject matter jurisdiction to grant the relief Meyer requested. *See* 28 U.S.C. § 2201(a) (prohibiting declaratory judgment suits for relief in federal tax cases); 26 U.S.C. § 7421(a) (prohibiting injunctions against any and all acts necessary or incidental to the collection of taxes); *Sokolow v. United States*, 169 F.3d 663, 664-65 (9th Cir. 1999).

**AFFIRMED.**

A TRUE COPY  6/7/06
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
   Deputy Clerk
This certification does constitute the mandate of the court.

INTERNAL USE ONLY: Proceedings include all events.
05-15317 Meyer v. IRS

MARK J. MEYER                          Mark J. Meyer
      Plaintiff - Appellant            808/949-2750
                                       #10795
                                       [NTC prs]
                                       1777 Ala Moana Blvd.
                                       Honolulu, HI 96815


      v.

UNITED STATES INTERNAL REVENUE         John A. Nolet, Esq.
SERVICE                                202/514-2935
      Defendant - Appellee             [COR LD NTC gov]
                                       DOJ - U.S. DEPARTMENT OF
                                       JUSTICE
                                       Tax Division
                                       P.O. Box 502
                                       Washington, DC 20044